# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ART ANGELO HAWKINS** | **CIVIL ACTION NO. 3:17-CV-01012** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **HOLLY CHAMBERS JONES** | **MAGISTRATE JUDGE KAREN L. HAYES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B), as he seeks monetary relief against a defendant who is immune from such relief.

**MONROE, LOUISIANA,** this 13th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE